UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT G. THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0360** |
| **ST. TAMMANY PARISH HOSPITAL, ET AL.** | **SECTION "J"(4)** |

# O R D E R

This matter is before the Court on *pro se* Plaintiff Robert G. Thompson's Objection (**Rec. Doc. 18**) to the Magistrate Judge's Report and Recommendations (**Rec. Doc. 17**), dismissing Plaintiff's Section 1983 claims as time-barred. Having considered the arguments raised in Plaintiff's memorandum, the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff Robert G. Thompson's Section 1983 claims against the Defendants, St. Tammany Parish Hospital Service District No. 1, Dr. Jay Groves, the St. Tammnay Parish Jail, and St. Tammany Parish Sheriff Rodney J. "Jack" Strain, Jr., are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the Motion to Dismiss **(Rec. Doc. No. 13)** filed by St. Tammany Parish Hospital Service District No. 1 is **DISMISSED WITHOUT PREJUDICE** as moot.

New Orleans, Louisiana, this 7th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE